PS 42
(Rev 07/93)

**United States District Court**

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Nov 12, 2021
SEAN F. McAVOY, CLERK

United States of America          )
                                  )
vs                                )
                                  )
Shane Allen Mackinnon             )          Case No. 2:2100128-RMP-1

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Shane Allen Mackinnon, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

Mr. Mackinnon recently voiced feelings of anxiety and thoughts of self-harm. Based on his current mental health status, Mr. Mackinnon expressed interest in attending counseling sessions. Therefore, the undersigned officer respectfully recommends the following modification to Mr. Mackinnon's conditions of pretrial release supervision:

**Modified Condition**: The defendant shall participate in a mental health assessment and participate in any recommended treatment.

The U.S. Attorney's Office did not object to this modification request.

I consent to this modification of my release conditions and agree to abide by this modification.

_____     11-3-21        _____     11-3-21
Signature of Defendant           Date            Pretrial Services/Probation Officer   Date
Shane Allen Mackinnon                            Erik Carlson

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                     11/10/21
Signature of Defense Counsel                    Date
Frank Cikutovich

[X]    The above modification of conditions of release is ordered, to be effective on  November 12, 2021

[ ]    The above modification of conditions of release is <u>not</u> ordered.

_____          November 12, 2021
Signature of Judicial Officer                              Date
James A. Goeke