# UNITED STATES DISTRICT COURT
## for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 06, 2021**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Mackinnon, Shane Allen | Docket No. | 0980 2:21CR00128-RMP-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Shane Allen Mackinnon, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 22nd day of September 2021, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined by 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Shane Allen Mackinnon is alleged to have violated his conditions of pretrial release supervision by testing positive for the presence of marijuana on November 3, 2021.

On September 27, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Mackinnon. Mr. Mackinnon acknowledged an understanding of the conditions, which included standard condition number 9.

On November 3, 2021, Mr. Mackinnon reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of marijuana. The urine specimen was sent to Alere Toxicology Services (Alere) for further analysis.

On November 9, 2021, Alere confirmed the aforementioned urine specimen tested positive for the presence of marijuana.

**Violation #2:** Shane Allen Mackinnon is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of marijuana on November 15, 2021.

On September 27, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Mackinnon. Mr. Mackinnon acknowledged an understanding of the conditions, which included standard condition number 9.

On November 15, 2021, Mr. Mackinnon reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of marijuana. The urine specimen was sent to Alere Toxicology Services (Alere) for further analysis.

On November 20, 2021, Alere confirmed the aforementioned urine specimen tested positive for the presence of marijuana.

**Violation #3:** Shane Allen Mackinnon is alleged to have violated his conditions of pretrial release supervision by testing positive for the presence of marijuana on November 22, 2021.

On September 27, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Mackinnon. Mr. Mackinnon acknowledged an understanding of the conditions, which included standard condition number 9.

PS-8
Re: Mackinnon, Shane Allen
December 6, 2021
Page 2

On November 22, 2021, Mr. Mackinnon reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of marijuana. The urine specimen was sent to Alere Toxicology Services (Alere) for further analysis.

On December 2, 2021, Alere confirmed the aforementioned urine specimen tested positive for the presence of marijuana.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:     December 6, 2021

by     s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

Date