FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANE ALLEN MACKINNON,<br><br>Defendant. | No. 2:21-CR-00128-RMP-1<br><br>ORDER REGARDING AGREED MOTION TO RECONSIDER RELEASE OF DEFENDANT TO INPATIENT TREATMENT<br><br>**MOTION DENIED WITH LEAVE TO RENEW**<br>   (**ECF No. 38**) |

  Before the Court is Defendant's Agreed Motion to Reconsider Release of Defendant to Inpatient Treatment, **ECF No. 38**. On December 15, 2021, the Court held a revocation of pretrial release hearing to consider Defendant SHANE ALLEN MACKINNON's Motion for Release from Custody to Sun Ray Court, a residential inpatient treatment program, **ECF No. 36**. Defendant appeared in custody with Attorney Frank Cikutovich appearing telephonically. Assistant U.S. Attorney George Jacobs represented the United States. U.S. Probation Officer Erik Carlson was also present. The Court denied Defendant's motion.

  Defendant now moves the Court to reconsider its prior Order and release Defendant to inpatient treatment at American Behavioral Health Services (ABHS)

ORDER - 1

in Spokane, Washington. **ECF No. 38**. While the Court appreciates the efforts of Defendant's counsel to address the Court's concerns, particularly with regard to Defendant's mental health, the Court remains unpersuaded that release to an alternate inpatient substance abuse facility, even one with mental health counseling available at the facility, is sufficient to overcome the presumption of detention created by Defendant's actions detailed during the hearing on December 15, 2021, and in the Court's prior Order following the December 15, 2021, hearing. Again, as previously noted, Defendant's prior conduct while already on pretrial release in this matter resulted in Defendant's arrest by local law enforcement authorities for unlawful imprisonment – domestic violence and fourth degree assault – domestic violence on December 7, 2021, followed by formal state charges. Accordingly, based on the foregoing:

**IT IS SO ORDERED:**

1. Defendant's Agreed Motion to Reconsider Release of Defendant to Inpatient Treatment, **ECF No. 38** is **DENIED with LEAVE TO RENEW**.

2. If Defendant wishes to renew the Agreed Motion to Reconsider Release of Defendant to Inpatient Treatment, **ECF No. 38**, Defendant shall file a renewed motion by December 28, 2021, stating how Defendant's release plan overcomes the presumption of detention in 18 U.S.C. § 3148 in light of the Court's prior findings and how the release plan will reasonably assure Defendant's future appearance and the safety of the community and Defendant.

3. If Defendant files a renewed motion for release, the United States shall file a response by January 4, 2022, stating the United States' position. If the United States does not oppose release, the United States shall state how Defendant's release plan overcomes the presumption of detention in 18 U.S.C. § 3148 in light of the Court's prior findings and how the release plan will

ORDER - 2

reasonably assure Defendant's future appearance and the safety of the community and Defendant. In its response, the United States shall note the position of United States Probation regarding any renewed release plan and the United States shall set forth the current status of any pending charges against Defendant concerning the incident on December 7, 2021, that forms the basis for the allegations in Violation No. 4 at ECF No. 31 addressed during the Court's prior hearing on December 15, 2021.

    4.    Any reply shall be filed by January 6, 2022, by 12:00 p.m.

    5.    The Court shall hold a hearing on any renewed motion for release on January 7, 2022, at 1:30 p.m..

**IT IS SO ORDERED.**

DATED December 20, 2021.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 3