FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 28, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANE ALLEN MACKINNON,<br><br>Defendant. | NO: 2:21-CR-128-RMP-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE |
|---|---|

BEFORE THE COURT, without oral argument, is Defendant Shane Allen MacKinnon's Motion to Temporarily Modify Conditions of Release, ECF No. 55. Having reviewed the motion, the responsive filings, the record, and the relevant law, the Court is fully informed.

On January 4, 2022, the Court issued an Order Granting Defendant's Motion for Release from Custody. *See* ECF No. 45. The Court ordered that Defendant be released from custody on January 5, 2022, and that he be transferred directly to American Behavioral Health Systems for inpatient treatment. *Id.* Defendant successfully completed inpatient treatment and was released on January 26, 2022.

ORDER GRANTING DEFENDANT'S MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE ~ 1

ECF No. 52.  Following his release, he has been subject to electronic home monitoring and home detention.  ECF No. 45 at 16–17; *see also* ECF No. 54 at 2–3 (removing home detention and instead imposing a curfew).

In the instant motion, Defendant requests that he be granted leave to travel out of state, with his mother, to visit his grandmother.  ECF No. 55 at 2.  The Government did not directly oppose the motion but requested "the opinion of Pre-Trial Services as well as the Defendant's treatment provider as to the propriety of this trip."  ECF No. 57 at 2.  In reply, Defendant states that neither his counselor nor the United States Probation Office objects to the temporary modification.  ECF No. 59.  Moreover, Defendant's counselor confirmed that Defendant will continue his treatment sessions while out of state, via Zoom.  *Id.*  Therefore, the Court finds that good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Temporarily Modify Conditions of Release, **ECF No. 55**, is **GRANTED**.

2. Defendant shall be allowed to temporarily travel out of the State of Washington, along with his mother, to visit his grandmother between late March and early April 2022.

3. Defendant shall provide all travel arrangements to the Supervising United States Probation Officer.

ORDER GRANTING DEFENDANT'S MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE ~ 2

4.  All other conditions of release shall remain in full effect. The conditions related to electronic home monitoring and a curfew time, as set forth in the Court's prior Order, ECF No. 54, are reinstated upon Defendant's return from the trip.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel and to the U.S. Probation Office.

**DATED** March 28, 2022.

                                     *s/ Rosanna Malouf Peterson*
                                     ROSANNA MALOUF PETERSON
                                     Senior United States District Judge