PS 8 (3/15) Case 2:21-cr-00128-RMP   ECF No. 70   filed 06/15/22   PageID.181   Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 15, 2022

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Mackinnon, Shane Allen | Docket No. | 0980 2:21CR00128-RMP-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Shane Allen Mackinnon, who was placed under pretrial release supervision by the Honorable Senior U. S. District Judge, Rosanna Malouf Peterson, sitting in the Court at Spokane, Washington, on the 4th day of January 2022.

On March 8, 2022, the Court modified the release order with the following condition:

**Modified Condition #3:** Defendant shall be placed on a curfew of 12:30 a.m. United States Probation shall be allowed to adjust Defendant's curfew, as needed, based on Defendant's work schedule.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 26, 2022, the undersigned officer reviewed the conditions of release with Mr. Mackinnon. He acknowledged an understanding of the release conditions at that time, which included a special condition requiring Mr. Mackinnon to be subjected to location monitoring and home detention.

On March 8, 2022, upon a motion from defense counsel, the Court modified the condition that subjected Mr. Mackinnon to a curfew instead of home detention.

**Violation #1:** Shane Allen Mackinnon is alleged to have violated his conditions of pretrial release supervision by being outside of his residence past 12:30 a.m. on or about June 9, 2022.

On June 9, 2022, Mr. Mackinnon failed to return to his residence by 12:30 a.m. He returned to his residence on June 9, 2022, at approximately 1:09 a.m.

Later on June 9, 2022, the undersigned officer confronted Mr. Mackinnon about being late for his curfew. Mr. Mackinnon advised he went to a concert with his brother in Spokane, Washington. He advised his brother lost his telephone so he helped him locate his telephone.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: June 14, 2022 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8

**Re: Mackinnon, Shane Allen**
**June 14, 2022**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

6/15/2022
_____
Date