FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 12, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANE ALLEN MACKINNON,<br><br>Defendant. | NO: 2:21-CR-128-RMP-1<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE |

BEFORE THE COURT, without oral argument, is Defendant Shane Allen MacKinnon's Unopposed Motion to Modify Conditions of Release, ECF No. 75.

On January 4, 2022, the Court issued an Order Granting Defendant's Motion for Release from Custody. *See* ECF No. 45. The Court ordered Defendant to be released from custody on January 5, 2022, and that he be transferred directly to American Behavioral Health Systems for inpatient treatment. *Id*. Defendant successfully completed inpatient treatment and was released on January 26, 2022. ECF No. 52. Following his release, Defendant was subject to several conditions, including Condition No. 28, which subjected Defendant to Electronic

ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE ~ 1

1  Monitoring/GPS Monitoring and Home Detention. ECF No. 45 at 16–17. On March
2  9, 2022, the Court modified Condition No. 28 to remove Defendant from Home
3  Detention and instead imposed a curfew that restricts Defendant to his residence from
4  12:30 a.m. to 7:00 a.m. ECF No. 54.

5      In the instant motion, Defendant requests the Court remove him from GPS
6  Monitoring and curfew. ECF No. 75. Defendant has successfully completed
7  outpatient treatment, maintains fulltime employment, and attends mental health
8  counseling. *Id*. United States Probation Officer Erik Carlson does not object to
9  removing Defendant from GPS Monitoring and curfew. *Id*. Assistant United States
10 Attorney Caitlin Baunsgard does not object, contingent upon Mr. Carlson's approval.
11 *Id*.

12     Having reviewed the motion and the record, and there being no objection from
13 the probation officer or the Government, the Court is fully informed and finds good
14 cause to grant Defendant's request.

15     Accordingly, **IT IS HEREBY ORDERED**:
16     1. Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No.**
17        **75**, is **GRANTED**.
18     2. Condition No. 28 in the Court's Order Granting Motion for Release from
19        Custody, ECF No. 45, is hereby stricken from Defendant's conditions of
20        release.
21

3. Defendant's daily 12:30 a.m. to 7:00 a.m. curfew, imposed in the Court's Amended Order Modifying Conditions of Release, ECF No. 54, is hereby stricken from Defendant's conditions of release.

4. All other conditions of release as ordered by this Court remain in full force.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** September 12, 2022.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Senior United States District Judge